IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**DAVID JARRARD**                                                                          **PLAINTIFF**

**V.**                           **1:10CV00016 JMM**

**KENT INVESTMENT CORPORATION**                          **DEFENDANT**

### ORDER

Pending is Plaintiff's motion for voluntary dismissal without prejudice, docket # 8. For good cause shown, Plaintiff's motion is GRANTED. Plaintiff's claims against Kent Investment Corporation are hereby dismissed without prejudice each party to bear their own costs and attorneys fees.

IT IS SO ORDERED this 13th day of December, 2010.

_/s/ James M. Moody_
James M. Moody
United States District Judge